AUSA: Zachary Zurek Telephone: (313) 226-9100

AO 91 (Rev. 11/11) Criminal Complaint Special Agent: Justin Efthemiou Telephone: (313) 226-0500

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America
v.
Trevor Prather

Case No.

Case: 2:26−mj−30608
Assigned To : Unassigned
Assign. Date : 9/30/2026
Description: RE: TREVOR PRATHER (EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of August 9, 2026 in the county of Sanilac and elsewhere in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 2252A(a)(2) | Receipt of Child Pornography |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

Complainant's signature

Justin Efthemiou, Special Agent (DHS-OIG)
*Printed name and title*

Sworn to before me and signed in my presence and/or by reliable electronic means.

*Judge's signature*

Date: September 30, 2026

City and state: Detroit, Michigan

Hon. David R. Grand, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR AN ARREST WARRANT

I, Justin Efthemiou, being first duly sworn, hereby depose and state as follows:

**Introduction and Agent Background**

1. I am a Special Agent with the Department of Homeland Security (DHS), Office of Inspector General (OIG) and have been so employed since November 2020. Prior to DHS OIG, I served with the United States Marshals Service (USMS) beginning in November 2009. Through the USMS, I successfully completed the Criminal Investigator Training Program and the United States Marshals Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia. Prior to my service with the USMS, from November 2004 until November 2009, I served as a police officer with the Grand Traverse County Sheriff Department in Michigan.

2. I have investigated several fugitive cases as well as conducted numerous criminal investigations for violations of both the United States Code and Michigan law. My duties have included writing search warrants, complaints and arrest warrants, participating in the execution of search warrants, the collection of evidence, and interviewing subjects and witnesses.

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is submitted for the limited purpose of showing that there is

sufficient probable cause for the issuance of a criminal complaint. Accordingly, the affidavit does not set forth all of the information, known to law enforcement, related to this investigation.

4. I have received training in the investigation of child exploitation crimes and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media, including computer media.

5. This affidavit is made in support of a criminal complaint and arrest warrant for Trevor PRATHER (DOB XX/XX/1981) for Receipt of Child Pornography, in violation of 18 U.S.C. § 2252A(a)(2).

**Probable Cause**

6. On August 9, 2026, the mother of an 11-year-old girl, hereafter MV-1, contacted the Marysville Police Department, Marysville, Ohio. She reported that MV-1 had inappropriate videos and images on her cellphone. She also discovered that MV-1 had been communicating with several unknown individuals on Snapchat. The mother took screenshots of the conversations, including conversations between MV-1 and Snapchat user "travis269657." Thereafter, she turned MV-1's phone, and her screenshots, to the Marysville Police Department. The phone was secured into evidence.

7. On August 10, 2026, a Marysville Police Detective conducted a physical review of MV-1's device with consent from her mother. The device was unlocked and showed a number of applications actively running, including Snapchat.

8. The Marysville Detective opened Snapchat. He observed that one of the most recent communications within the app, on MV-1's phone, were between MV-1 and Snapchat user travis269657, hereinafter "Travis." The detective noted that the entire conversation between MV-1 and Travis was visible on the device itself.

9. A screenshot on the device, in MV-1's Snapchat "Memories," contained an image of a 2-minute video. The screenshot is entitled "IMG_1283" and has an internal creation date of Sunday, August 9, 2026, 1:50 PM. The screenshot includes MV-1's conversation within the Snapchat application with username "Travis." The screenshot appears to show a video recorded in MV-1's bedroom. Visible in the screenshot are distinct bed sheets and wall decorations that match those found in her bedroom.

10. I located the full 2-minute video described above. The video was stored on the phone in two different locations; (1) in the "camera roll" photo album within the Snapchat application; and (2) on the camera roll on MV-1's phone.

11. I played and watched the video, from MV-1's photo library, in its entirety. The video seemingly depicts MV-1 engaged in sexually explicit conduct—masturbating—which constitutes child pornography under 18 U.S.C. § 2256. Her bare vagina is visible on the video. The video was created on August 9, 2026, at 12:27 AM. A screenshot taken by MV-1's mother shows that the video was sent to Travis after it was created.

12. After the video was sent, Travis immediately responded with, "[l]et me call you ok I'm ready to cum and need you to watch." The screenshot captured that MV-1 subsequently made a 47-second video call to Travis.

13. Travis responds with three separate messages, "YESSSSSSS," "[d]id you see me cum," and "Mmmmmmmm[.]"

14. In a separate screenshot of the conversation on MV-1's phone, Snapchat user Travis says, "Sorry Love lol I cummed on the floor and had to clean it up lol." MV-1 responded, "It's ok[.]" Travis replied , "You did SOOOOOO GOOOD" and "I LOVE YOU SO MUCH[.]" Based on my training and experience, my review of the video, and Travis's response, MV-1 sent the child pornography to Travis who watched the video.

15. The Marysville Detective received information regarding the Travis account from Snapchat. The account IP address was xxx.xx.xxx.178. The phone number associated with the account was xxx-xxx-6839.

16. The Marysville Detective performed a search of IP address xxx.xx.xxx.178. He was able to determine it resolved to Agri-Valley Services Corporation. Agri-Valley Services Corporation provided subscriber information identifying the subscriber as Trevor PRATHER, residing at an identified address in Croswell, Michigan, Eastern District of Michigan, with a listed contact number of xxx-xxx-5761.

17. I conducted a records check on phone number xxx-xxx-5761 and confirmed it was listed to Trevor PRATHER. I later determined that the xxx-xxx-5761 phone number was associated with his work mobile device.

18. I obtained a copy of PRATHER's current Michigan Driver's license which is valid through 2028. The residential address on the license is the identified address in Croswell, Michigan.

19. Subscriber records from Snapchat for the Travis account established that on August 9, 2026, around the same time "IMG_1283" was created, the Snapchat account was using IP address xxx.xx.xxx.178, which is the same IP address that comes back to Trevor PRATHER at the identified residence in Croswell, Michigan. This connected the Travis account to PRATHER's residence.

20. On September 29, 2026, law enforcement executed a federal search warrant on PRATHER's residence. Upon execution of the warrant, I conducted a post-*Miranda* interview of PRATHER. During that interview, PRATHER admitted

the number xxx-xxx-6839 (connected to the Travis Snapchat account) was his personal phone. The xxx-xxx-5761 number (connected to the PRATHER home internet router) was his work phone. This was confirmed after a search of the router found in PRATHER's home. PRATHER first denied having a Snapchat account, but later admitted to having one a few years ago.

21. During the search warrant, I learned that PRATHER is the only male living in his residence.

**Conclusion**

22. Probable cause exists that Trevor PRATHER (DOB XX/XX/1981) has violated 18 U.S.C. §§ 2252A(a)(2), Receipt of Child Pornography, while in the Eastern District of Michigan.

Respectfully submitted,

Justin Efthemiou, Special Agent
DHS-Office of Inspector General

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Hon. David R. Grand
United States Magistrate Judge

Date: September 30, 2026